

**FILED**



## United States District Court
## Eastern District of California

SEP 0 5 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

MARK LOGAN

Plaintiff(s)

V.

MAX MOBILITY, LLC, ET AL.

Defendant(s)

Case Number: 1:23-CV-01264-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND ~~PROPOSED~~ ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jamie L. Walker _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Permobil, Inc. and Max Mobility, LLC

On ____04/18/2012____ (date), I was admitted to practice and presently in good standing in the
Missouri (04/18/2012) & Kansas (10/15/2012) (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____08/29/2023____          Signature of Applicant: /s/ Jamie L. Walker _____

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Jamie L. Walker

Law Firm Name: Mauer Law Firm PC

Address: 1100 Main Street

Suite 2100

City: Kansas City          State: MO   Zip: 64105

Phone Number w/Area Code: (816) 759-3300

City and State of Residence: Kansas City, Missouri

Primary E-mail Address: jlwalker@mauerlawfirm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David D. Mesa

Law Firm Name: FisherBroyles, LLP

Address: 530 Lytton Avenue

Second Floor

City: Palo Alto          State: CA   Zip: 94301

Phone Number w/Area Code: (415) 915-4415          Bar # 257488

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/5/23

JUDGE, U.S. DISTRICT COURT