



# United States District Court
# Eastern District of California

FILED
SEP 0 5 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| MARK LOGAN |
|---|
Plaintiff(s)

V.

| MAX MOBILITY, LLC, ET AL. |
|---|
Defendant(s)

Case Number: 1:23-CV-01264-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND ~~PROPOSED~~ ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, STEVEN E. MAUER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Permobil, Inc. and Max Mobility, LLC

On 10/17/1987 (date), I was admitted to practice and presently in good standing in the Missouri (10/17/1987) & Kansas (02/10/2006) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

Date: 08/29/2023        Signature of Applicant: /s/ Steven E. Mauer

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | STEVEN E. MAUER |
| Law Firm Name: | Mauer Law Firm PC |
| Address: | 1100 Main Street |
| | Suite 2100 |
| City: | Kansas City   State: MO   Zip: 64105 |
| Phone Number w/Area Code: | (816) 759-3300 |
| City and State of Residence: | Overland Park, Kansas |
| Primary E-mail Address: | semauer@mauerlawfirm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | David D. Mesa |
| Law Firm Name: | FisherBroyles, LLP |
| Address: | 530 Lytton Avenue |
| | Second Floor |
| City: | Palo Alto   State: CA   Zip: 94301 |
| Phone Number w/Area Code: | (415) 915-4415   Bar #: 257488 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/5/23

*[signature]*
JUDGE, U.S. DISTRICT COURT