UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LOGAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAX MOBILITY, LCC, PERMOBIL, INC., and DOES 1 through 20,<br><br>　　　　　　　Defendants. | Case No.  1:23-cv-01264-JLT-EPG<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER<br><br>(ECF No. 16) |

Plaintiff Mark Logan and Defendants Max Mobility, LLC and Permobil, Inc., filed a joint stipulation[1] to modify the case management schedule set out in the Court's November 29, 2023, Scheduling Order. (ECF Nos. 10, 16).

Based on the parties' stipulation, IT IS ORDERED that the Court's November 29, 2023, Scheduling Order (ECF No. 10) be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | November 28, 2024 |
| Expert Disclosure: | December 30, 2024 |
| Rebuttal Expert Disclosure: | January 28, 2025 |
| Expert Discovery Cutoff: | March 3, 2025 |
| Dispositive Motion Filing Deadline: | April 30, 2025 |

---

[1] The Court did not receive a copy of the proposed order in Word format, as required under Local Rule 137(b).

1

1 | Pretrial Conference: August 25, 2025[2]
2 | Jury Trial: October 21, 2025

Additionally, the further status conference[3] scheduled for October 23, 2024, is rescheduled to January 27, 2025, at 10:30 AM before Magistrate Judge Erica P. Grosjean in Courtroom 10. The parties are reminded to file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated: **August 27, 2024**                  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[2] The pretrial conference will be before District Judge Jennifer L. Thurston at 1:30 PM in Courtroom 4.
[3] To participate telephonically, each party is to use the following dial-in number and passcode:
   Dial in number: 1-888-251-2909
   Passcode: 1024453