UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LOGAN, | Case No. 1:23-cv-01264-JLT-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO MODIFY THE COURT'S JANUARY 22 PROTECTIVE ORDER |
| MAX MOBILITY, LLC, et al., | |
| Defendants. | (ECF No. 22) |

    This matter is before the Court on the parties' joint stipulation to modify the Court's January 22 protective order. (ECF No. 22). Upon review, the Court will grant the stipulation.

    On January 21, 2025, the parties filed a joint stipulation requesting that Court enter a protective order. (ECF No. 20). Because the Court found the parties' definition of confidential information overly broad, the Court limited the protected information to "medical and psychotherapeutic records; as well as peace officer personnel records as defined by California sections 832.8, 832.5, 832.7 and the associated case law." (ECF No. 21 at 2).

    The parties now request that the Court modify its definition of protected information to include "'confidential and proprietary business or financial information, such as a trade secret or other confidential research, development, proprietary design, testing, technical, or sensitive commercial information, documents, and testimony.'" (ECF No. 22 at 2). They state that this modification is necessary so that "Defendants may fully respond to Plaintiff's Requests for

1

1 | Production while protecting its proprietary and confidential design information." (*Id.* at 2).

2 | Accordingly, IT IS ORDERED that the parties' stipulation for a protective order (ECF
3 | No. 22) is granted.

IT IS SO ORDERED.

Dated:  **February 5, 2025**          /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE